Filed 11/7/25  P. v. Alexander CA2/6

# NOT TO BE PUBLISHED IN THE OFFICIAL REPORTS

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

## IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## SECOND APPELLATE DISTRICT

## DIVISION SIX

| | |
|---|---|
| THE PEOPLE,<br><br>    Plaintiff and Respondent,<br><br>v.<br><br>MIA LOUISE ALEXANDER,<br><br>    Defendant and Appellant. | 2d Crim. No. B340987<br>(Super. Ct. No. F331037)<br>(San Luis Obispo County) |

Mia Louise Alexander appeals from a postjudgment order modifying a victim restitution order.

In September 2002, Alexander pleaded no contest to assault with a deadly weapon.  (Pen. Code, § 245, subd. (a)(1).)  The trial court sentenced her to the upper term of four years and ordered her to pay victim restitution to Jeffrey Seitz in the amount of $19,000.

In May 2024, the People moved to modify the restitution order because Seitz passed away.  The People requested the victim's sister, C.M.M., be named the new beneficiary of the restitution order and the amount reflect the remaining balance of

$14,075.63.  The trial court granted the motion and ordered Alexander to pay $14,075.63 to C.M.M., as the executor of the victim's estate.  (*People v. Runyan* (2012) 54 Cal.4th 849, 857.)  Alexander was ordered to continue making $50 per month payments.

We appointed counsel to represent Alexander in this appeal.  After counsel's examination of the record, counsel filed an opening brief raising no issues.  On August 5, 2025, we advised Alexander that she had 30 days within which to personally submit any contentions or issues that she wished to raise on appeal.  We have not received a response.

We have reviewed the entire record and are satisfied that counsel has fully complied with their responsibilities and that no arguable issue exists.  (*People v. Wende* (1979) 25 Cal.3d 436, 441.)

The judgment is affirmed.
NOT TO BE PUBLISHED.


BALTODANO, J.


We concur:


YEGAN, Acting P. J.                    CODY, J.


2

Timothy S. Covello, Judge

Superior Court County of San Luis Obispo

_____

Richard L. Fitzer, under appointment by the Court of Appeal, for Defendant and Appellant.

No appearance for Plaintiff and Respondent.